154 So. 923

**H. A. McCOMBS v. Harvey FREEMAN.**

6 Div. 570.

Court of Appeals of Alabama.
May 8, 1934.

SAMFORD, Judge.
Appeal dismissed.

157 So. 921

**Richard McCOWIN v. STATE.**

I Div. 142.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 919

**Louise McCORMICK v. CITY OF HUNTS-VILLE.**

8 Div. 125.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Affirmed.

153 So. 922

**Ed. C. McCORY v. STATE.**

8 Div. 818.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

152 So. 923

**Anderson McCOY v. CITY OF ANNISTON.**

7 Div. 32.

Court of Appeals of Alabama.
Jan. 11, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

163 So. 908

**James, alias Jim, McDANIEL v. STATE.**

6 Div. 868.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

159 So. 893

**J. D. McDONALD v. STATE.**

6 Div. 694.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.
Affirmed.

152 So. 923

**W. H. McFARLAND v. CITY OF TALLADEGA.**

7 Div. 27.

Court of Appeals of Alabama.
Jan. 11, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution..